

# Fourth Court of Appeals
## San Antonio, Texas

November 28, 2022

No. 04-22-00792-CV

**IN RE THE CITY OF SAN ANTONIO**

Original Mandamus Proceeding[1]

**CORRECTED ORDER**

Sitting:      Luz Elena D. Chapa, Justice
                  Beth Watkins, Justice
                  Lori I. Valenzuela, Justice

On November 21, 2022, relator filed a petition for writ of mandamus and a motion for emergency relief. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). Respondent and real party in interest may file a response to the petition in this court **no later than December 6, 2022.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

In the emergency motion, after a hearing on November 16, 2022, relator complains the trial court abused its discretion by rendering several orders from the bench. After consideration, relator's request for emergency relief is **GRANTED IN PART**. The following orders from the November 16, 2022 hearing are **STAYED** pending further order from this court:

(1) the deposition of anyone named of interest to real party in interest shall take place at the real party in interest's prerogative following a December 13, 2022 deposition and before December 20, 2022; and

(2) relator shall produce the human resources file, including any request for leave of Vincent Egidio, to real party in interest by November 22, 2022 at 5:00 PM.

It is so **ORDERED** on November 28, 2022.

---

[1] This proceeding arises out of Cause No. 2021-CI-01482, styled *Maria Monsibais v. City of San Antonio*, pending in the 408th Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.

PER CURIAM

ATTESTED TO:

Michael A. Cruz,
Clerk of Court